UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BMO HARRIS BANK N.A.,

                              Plaintiff,

          -against-

PLATINUM RAPID FUNDING GROUP, LTD.,

                            Defendant.

------------------------------------------------------------X

22-CV-07163 (JPC)(SN)

**SETTLEMENT CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       A settlement conference is scheduled for Monday, April 10, 2023, at 10:00 a.m. By April 3, 2023, the parties shall inform the Court if the conference will be held in-person or remote.

       The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday, April 3, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

SO ORDERED.

                                                                           SARAH NETBURN
                                                                           United States Magistrate Judge

DATED:     February 16, 2023
                New York, New York