UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BMO HARRIS BANK, N.A.,

                Plaintiff,

    -against-

PLATINUM RAPID FUNDING GROUP, LTD.,

                Defendant.
-----------------------------------------------------------------X

22-CV-07163 (JPC)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/2023

**SARAH NETBURN, United States Magistrate Judge:**

    The Defendant is in default. It must either respond to the Amended Complaint by September 22, 2023, or Plaintiff shall notify the Court whether it intends to file a motion for default judgment.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 19, 2023
                New York, New York