UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BMO HARRIS BANK, N.A.,

                     **Plaintiff,**

      -against-

**PLATINUM RAPID FUNDING GROUP, LTD.,**

                    **Defendant.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2023

22-CV-07163 (JPC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      By September 22, 2023, either the Defendant was directed to respond to the Amended Complaint, or the Plaintiff was directed to notify the Court whether it intends to move for a default judgment. Neither party responded. Accordingly, Plaintiff shall file a motion for default judgment by October 2, 2023. If Plaintiff fails to do so or seek an extension of time, the Court will recommend that the case be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 26, 2023
               New York, New York