UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BMO HARRIS BANK, N.A.,

                     **Plaintiff,**              22-CV-07163 (JPC)(SN)

      -against-                              **ORDER**

PLATINUM RAPID FUNDING GROUP, LTD.,

                    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for Friday, January 12, 2024, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. At that conference, the Court will address Giuliano Law, PC's request to withdraw as counsel for Defendant Platinum Rapid Funding Group, Ltd. ("Platinum"). A representative from Platinum with decision-making authority shall be present at the conference.

**SO ORDERED.**

                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:      January 8, 2024
                  New York, New York