UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BMO HARRIS BANK, N.A.,

                              Plaintiff,

       -against-

PLATINUM RAPID FUNDING GROUP, LTD.,

                             Defendant.
------------------------------------------------------------X

22-CV-07163 (JPC)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

Defense counsel was ordered to provide the Court with a point of contact, mailing address, email address, and phone number for a Platinum representative. Instead, defense counsel provided only an email address for Platinum's former legal assistant. The Court is concerned with defense counsel's candor and will not relieve him from representation unless or until he provides a name and contact information for a current or former officer or director. The Court may further seek *in camera* review of counsel's communications, billing invoices and/or letter of engagement.

A conference is scheduled for Tuesday, January 30, 2024, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY to address issues related to defense counsel's request to withdraw from representing Platinum.

SO ORDERED.

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:     January 26, 2024
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/26/2024