```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BMO HARRIS BANK, N.A.,

                              Plaintiff,

          -against-

PLATINUM RAPID FUNDING GROUP, LTD.,

                             Defendant.

------------------------------------------------------------X

22-CV-07163 (JPC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    By July 15, 2024, the parties shall file a joint letter proposing deadlines for the completion of discovery and for summary judgment motions.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 8, 2024
                 New York, New York