UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BMO HARRIS BANK, N.A.,

                          Plaintiff,

        -against-

PLATINUM RAPID FUNDING GROUP, LTD.,

                         Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2025

22-CV-07163 (JPC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

        Ruskin Moscou Faltischek, P.C. ("RMF") moves to withdraw as counsel for defendant Platinum Rapid Funding Group, Ltd. ("Platinum"). An involuntary bankruptcy petition has been filed against Platinum and Marc A. Pergament, Esq. has been appointed as Trustee for Platinum. Because of these facts, RMF argues that it "no longer has a client to communicate with, from whom it can take direction from, or receive payment for its legal fees and expenses." ECF No. 109-1, Decl. of Thomas A. Telesca, at ¶ 4. Because this case remains stayed pursuant to 11 U.S.C. § 362, the Court must have an ability to communicate with Platinum and learn when the automatic stay is lifted, the Court ORDERS that RMF immediately serve a copy of this Order on the Chapter 7 Trustee, and by November 25, 2025, the Chapter 7 Trustee shall file a Notice of Appearance of an Interested Party. Once that has happened, the Court will grant RMF's motion to withdraw.

**SO ORDERED.**

                                                                         _____
                                                                         SARAH NETBURN
                                                                         United States Magistrate Judge

DATED:     November 17, 2025
                 New York, New York