UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BMO HARRIS BANK, N.A.,

Plaintiff,

-v-

PLATINUM RAPID FUNDING GROUP, LTD.,

Defendant.

22 Civ. 7163 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Because Platinum Rapid Funding Group, Ltd. did not object to dismissal without prejudice by its deadline to do so, *see* Dkt. 118, this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: September 8, 2026
New York, New York

JOHN P. CRONAN
United States District Judge